# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D15-3244
_____

TIMOTHY JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Union County.
David P. Kreider, Judge.

May 18, 2018


PER CURIAM.

Timothy Jones appeals his convictions for possession of cocaine and paraphernalia. We reject his argument that the trial court erred in denying a motion to suppress. However, because Jones was found incompetent to proceed a year and a half before his trial, and the record does not contain a subsequent order finding him competent, we reverse and remand for further proceedings consistent with this Court's opinion in *Cotton v. State*, 177 So. 3d 666, 668-69 (Fla. 1st DCA 2015).

    REVERSED and REMANDED.

RAY, MAKAR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.